1  Raymond M. Collins (#199071)
     rcollins@afrct.com
2  ANGLIN, FLEWELLING, RASMUSSEN,
   CAMPBELL & TRYTTEN LLP
3  199 S. Los Robles Avenue, Suite 600
   Pasadena, California 91101-2459
4  Tel: (626) 535-1900; Fax: (626) 577-7764

5  Attorneys for Defendant
   Wells Fargo Bank, N.A., successor by merger with
6  Wells Fargo Bank Southwest, N.A., f/k/a Wachovia
   Mortgage, FSB, f/k/a World Savings Bank, FSB
7  (erroneously named as "Wells Fargo Bank, N.A., a
   California corporation" and "Wachovia Mortgage
8  Corporation") ("Wells Fargo")

9  Christine S. Louie (#264868)
   christine@elaws.com
10 Law Offices of Kenneth R. Graham
   1575 Treat Blvd., Suite 105
11 Walnut Creek, California 94598
   Tel: 925-932-0170; Fax: 925-932-3940
12

13 Attorneys for Plaintiffs
   Leonardo Dalisay and Luz Dalisay
14

15                UNITED STATES DISTRICT COURT

16        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18 LEONARDO DALISAY and LUZ DALISAY, individuals, | CASE NO.: 3:11-cv-04127 JCS |
| 19                     Plaintiffs, | [*Assigned to the Hon. Joseph C. Spero*] |
| 20         vs. | **STIPULATION TO EXTEND DEFENDANT WELLS FARGO'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1(a))** |
| 21 WELLS FARGO BANK, N.A., a California corporation; WACHOVIA MORTGAGE CORPORATION; and Does 1 through 20, | |
| 22 | |
| 23                     Defendants. | |
| 24 | Removal Effected:     8/22/2011 |
| 25 | Current response date: 8/29/2011<br>New response date:    9/28/2011 |

26
27
28

**TO THE HONORABLE COURT, PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

Plaintiffs Leonardo Dalisay and Luz Dalisay ("Plaintiffs") and defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (erroneously named as "Wells Fargo Bank, N.A., a California corporation" and "Wachovia Mortgage Corporation") ("Wells Fargo"), through their respective counsel of record, hereby stipulate to extend the date for Wells Fargo to file a Motion to Dismiss in response to Plaintiff's initial Complaint by 30 days, up to and including September 28, 2011.

IT IS SO STIPULATED.

Dated: August 26, 2011         LAW OFFICES OF KENNETH R. GRAHAM

                               By:    /s/ Christine S. Louie
                                      Christine S. Louie, Esq.
                                      christine@elaws.com
                                      Attorneys for Plaintiffs
                                      Leonardo Dalisay and Luz Dalisay


Dated: August 26, 2011         ANGLIN, FLEWELLING, RASMUSSEN,
                               CAMPBELL & TRYTTEN LLP


                               By:    /s/ Raymond M. Collins
                                      Raymond M. Collins
                                      rcollins@afrct.com
Dated: August 30, 2011         Attorneys for Defendant,
                               Wells Fargo Bank, N.A., successor by merger with
                               Wells Fargo Bank Southwest, N.A., f/k/a Wachovia
                               Mortgage, FSB, f/k/a World Savings Bank, FSB
                               erroneously named as "Wells Fargo Bank, N.A., a
                               California corporation" and "Wachovia Mortgage
                               Corporation") ("Wells Fargo")

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the following document entitled:

**STIPULATION TO EXTEND DEFENDANT WELLS FARGO'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT BY NOT MORE THAN 30 DAYS**

on all interested parties in said case addressed as follows:

*Served Electronically via Court's CM/ECF System:*

*Attorneys for Plaintiff*
Kenneth R. Graham
kg@elaws.com
Christine S. Louie
christine@elaws.com
Law Offices of Kenneth R. Graham
1575 Treat Blvd., Suite 105
Walnut Creek, California 94598
*Tel: 925.932.0170; Fax: 925.932.3940*

☐ **BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **August 26, 2011.**

Mark Betti                                    /s/Mark Betti
(Print name)                                  (Signature)