1  Leigh O. Curran, Esq. (#173322)
     lcurran@afrct.com
2  ANGLIN, FLEWELLING, RASMUSSEN,
     CAMPBELL & TRYTTEN LLP
3  199 S. Los Robles Avenue, Suite 600
   Pasadena, California 91101-2459
4  Tel: (626) 535-1900; Fax: (626) 577-7764

5  Attorneys for Defendant
   Wells Fargo Bank, N.A., successor by merger with
6  Wells Fargo Bank Southwest, N.A., f/k/a Wachovia
   Mortgage, FSB, f/k/a World Savings Bank, FSB
7  (erroneously named as "Wells Fargo Bank, N.A., a
   California corporation" and "Wachovia Mortgage
8  Corporation") ("Wells Fargo")

9  Christine S. Louie, Esq. (#264868)
     christine@elaws.com
10 LAW OFFICES OF KENNETH R. GRAHAM
   1575 Treat Blvd., Suite 105
11 Walnut Creek, California 94598
   Tel: 925-932-0170; Fax: 925-932-3940
12

13 Attorneys for Plaintiffs
   Leonardo Dalisay and Luz Dalisay
14

15                     UNITED STATES DISTRICT COURT

16          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

17

| 18 | LEONARDO DALISAY and LUZ DALISAY, individuals, | CASE NO.:  3:11-cv-04127 JCS |
|---|---|---|
| 19 |  | [*Assigned to the Hon. Joseph C. Spero*] |
| 20 | Plaintiffs, | **STIPULATION TO EXTEND DEFENDANT WELLS FARGO'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT (L.R. 6-1)** |
| 21 | vs. |  |
| 22 | WELLS FARGO BANK, N.A., a California corporation; WACHOVIA MORTGAGE CORPORATION; and Does 1 through 20, |  |
| 23 | Defendants. | Removal Effected:       August 22, 2011 |
| 24 |  | Current Response Date:  September 28, 2011 |
| 25 |  | New Response Date:      October 12, 2011 |

26
27
28

w:\litig\95451\001000\00234020.doc                  1

CASE NO.:  3:11-CV-04127 JCS
STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT

**TO THE HONORABLE COURT, PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

Plaintiffs Leonardo Dalisay and Luz Dalisay ("Plaintiffs") and defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (erroneously named as "Wells Fargo Bank, N.A., a California corporation" and "Wachovia Mortgage Corporation") ("Wells Fargo"), stipulate to extend the time for Wells Fargo to file its response to Plaintiff's Complaint.

On August 31, 2011, this Court approved the parties' stipulation to a single thirty (30) day extension, until September 28, 2011, to allow Wells Fargo to respond to the Complaint. (Docket #6).

The parties now stipulate to an additional, short fourteen (14) day extension, until October 12, 2011, for Wells Fargo to file its response.

IT IS SO STIPULATED.

Dated: September 20, 2011

LAW OFFICES OF KENNETH R. GRAHAM

By: */s/ Christine S. Louie*
Christine S. Louie, Esq.
christine@elaws.com
Attorneys for Plaintiffs
Leonardo Dalisay and Luz Dalisay

Dated: September 21, 2011

ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP

By: */s/ Leigh O. Curran*
Leigh O. Curran, Esq.
lcurran@afrct.com
Attorneys for Defendant,
Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (erroneously named as "Wells Fargo Bank, N.A., a California corporation" and "Wachovia Mortgage Corporation")

Dated: 9/22/11

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]

W:\LITIG\95451\001000\00234020.DOC

2

CASE NO.: 3:11-cv-04127 JCS
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the following document entitled:

**STIPULATION TO EXTEND DEFENDANT WELLS FARGO'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT (L.R. 6-1)**

on all interested parties in said case addressed as follows:

*Served Electronically via Court's CM/ECF System:*

*Attorneys for Plaintiff*

Kenneth R. Graham
kg@elaws.com
Christine S. Louie
christine@Welaws.com
LAW OFFICES OF KENNETH R. GRAHAM
1575 Treat Blvd., Suite 105
Walnut Creek, California 94598

*Tel: 925.932.0170; Fax: 925.932.3940*

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **September 21, 2011.**

| Wendy Mutum | /s/ Wendy Mutum |
|---|---|
| *(Print Name)* | *(Signature of Declarant)* |