Leigh O. Curran, Esq. (#173322)
lcurran@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900; Fax: (626) 577-7764

Attorneys for Defendant
Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (erroneously named as "Wells Fargo Bank, N.A., a California corporation" and "Wachovia Mortgage Corporation") ("Wells Fargo")

Christine S. Louie, Esq. (#264868)
christine@elaws.com
LAW OFFICES OF KENNETH R. GRAHAM
1575 Treat Blvd., Suite 105
Walnut Creek, California 94598
Tel: 925-932-0170; Fax: 925-932-3940

Attorneys for Plaintiffs
Leonardo Dalisay and Luz Dalisay

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LEONARDO DALISAY and LUZ DALISAY, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a California corporation; WACHOVIA MORTGAGE CORPORATION; and Does 1 through 20,<br><br>Defendants. | CASE NO.: 3:11-cv-04127 JCS<br><br>[*Assigned to the Hon. Joseph C. Spero*]<br><br>**STIPULATION TO EXTEND DEFENDANT WELLS FARGO'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT (L.R. 6-1)**<br><br>Removal Effected:  August 22, 2011<br>Current Response Date:  September 28, 2011<br>New Response Date:  October 12, 2011 |

1  **TO THE HONORABLE COURT, PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

2  Plaintiffs Leonardo Dalisay and Luz Dalisay ("Plaintiffs") and defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (erroneously named as "Wells Fargo Bank, N.A., a California corporation" and "Wachovia Mortgage Corporation") ("Wells Fargo"), stipulate to extend the time for Wells Fargo to file its response to Plaintiff's Complaint.

On August 31, 2011, this Court approved the parties' stipulation to a single thirty (30) day extension, until September 28, 2011, to allow Wells Fargo to respond to the Complaint. (Docket #6).

The parties now stipulate to an additional, short fourteen (14) day extension, until October 12, 2011, for Wells Fargo to file its response.

IT IS SO STIPULATED.

Dated:  September 20, 2011                LAW OFFICES OF KENNETH R. GRAHAM

                                          By:   /s/  Christine S. Louie
                                                Christine S. Louie, Esq.
                                                christine@elaws.com
                                                Attorneys for Plaintiffs
                                                Leonardo Dalisay and Luz Dalisay


Dated:  September 21, 2011                ANGLIN, FLEWELLING, RASMUSSEN,
                                          CAMPBELL & TRYTTEN LLP

Dated: 9/22/11                            By:   /s/ Leigh O. Curran
                                                Leigh O. Curran, Esq.
                                                lcurran@afrct.com
                                                Attorneys for Defendant,
                                                Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (erroneously named as "Wells Fargo Bank, N.A., a California corporation" and "Wachovia Mortgage Corporation")

*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero*

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the following document entitled:

**STIPULATION TO EXTEND DEFENDANT WELLS FARGO'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT (L.R. 6-1)**

on all interested parties in said case addressed as follows:

*Served Electronically via Court's CM/ECF System:*

*Attorneys for Plaintiff*

Kenneth R. Graham
kg@elaws.com
Christine S. Louie
christine@Welaws.com
LAW OFFICES OF KENNETH R. GRAHAM
1575 Treat Blvd., Suite 105
Walnut Creek, California 94598

*Tel: 925.932.0170; Fax: 925.932.3940*

☒   **FEDERAL:**  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in Pasadena, California, on **September 21, 2011.**

| Wendy Mutum | /s/ Wendy Mutum |
|---|---|
| *(Print Name)* | *(Signature of Declarant)* |

W:\LITIG\95451\001000\00234020.DOC

CASE NO.:  3:11-CV-04127 JCS
CERTIFICATE OF SERVICE